(March 8, 2007)

■ Morton Tabak et al., Appellants, v Martha Steele et al., Respondents. [830 NYS2d 896]—Order of the Appellate Term of the Supreme Court, First Department, entered May 11, 2005, unanimously reversed, on the facts, without costs, the judgment of Civil Court vacated and the petition granted for the reasons stated in the dissenting opinion of Lucindo Suarez, P.J., at the Appellate Term. No opinion. Order filed. Concur—Andrias, J.P., Saxe, Buckley, Gonzalez and McGuire, JJ.